COLORADO STRUCTURES INC., dba
CSI Construction Company,
Plaintiff—Appellant,

v.

NORTH AMERICAN CAPACITY
INSURANCE COMPANY,
Defendant—Appellee.

No. 03–17211.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 27, 2006.

Filed Aug. 4, 2006.

Michael K. Johnson, Lewis Brisbois Bisgaard & Smith LLP, San Francisco, CA, for Plaintiff–Appellant.

A. Carl Yaeckel, Grimm Vranjes McCormick & Graham LLP, San Diego, CA, for Defendant–Appellee.

Before: T.G. NELSON, SILVERMAN, and RAWLINSON, Circuit Judges.

ORDER *

The judgment of the district court is AFFIRMED for the reasons set forth in the order of the district court filed on November 18, 2003.

IT IS SO ORDERED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.